IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARLEEN J. MEYER, | ) | 4:04CV3326 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SQUARE D COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for leave to file reply brief (filing 22) is granted.[1]  A signed reply brief shall be filed and served forthwith.

June 29, 2005.  BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] For future reference, however, counsel should be aware that leave of court is not required for filing a timely reply brief.  See NECivR 7.1(c).